# SIGN-IN SHEET

**CASE NAME:** Fleming  
**CASE NO.:** 03-10945  
**COURTROOM NO.:** 4  
**DATE:** 6/20/05

PLEASE PRINT OR YOUR APPEARANCE CANNOT BE CORRECTLY NOTED!

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Amanda Winfree | Ashby + Geddes | VW Distributors, Basic American, EDM Publishers, John Chrisenes, Tri-Valley Foods |
| Sanjay Raja | White and Williams | Various |
| Heidi Ka Sutter | Kirkland & Ellis LLP | PCT |
| Marc Phillips | Connolly Bove Lodge & Hutz | National Distributing |
| Michael Joyce | Loizides Associates | Encmart + Tech, Inc. |
| Patricia McGonigle | Edwards + Angell LLP | Hawaiian Host |
| Selinda A Melnik | Associated Wholesale Grocers / AWG Assoc | " |
| On phone - Mankel Benedict | Hugh & Eppenburger | " |
| WILLIAM TAYLOR | McKenna's English | Delta Greene + Nor. Amer. Salt, AL Schutean + Toastmaster Bergeson |
| Lucy Jones | Cross - Simon | PCT |
| David Bownes | Kaplan Newton LLP | PCT |
| Sheila Schutz | Kirkland & Ellis LLP | PCT |
| Joseph Bodnar | Morgochi + Monaco | Hannan Chain USA |
| Curtis J Crowther | Young Conaway Stargatt & Taylor | Premier Nutrition Corp, Inc. |
| Lisa L. Coggins | Ferry, Joseph & Pearce | National Retail Brands |

# SIGN-IN SHEET

**CASE NAME:** Fleming  **COURTROOM NO.:** 4

**CASE NO.:** 03-10945  **DATE:** 6/20/05

## PLEASE PRINT OR YOUR APPEARANCE CANNOT BE CORRECTLY NOTED!

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Rebecca Butcher | Landis Rath & Cobb | Advantage Sales |
| Regina Iorii | Ashby & Geddes | Mountain Valley Spring Co., LLC |
| Susan Kaufman | Heimann Gouge & Kaufman | Three Promotions + Continental Ctr... |
| Etta R Wolfe | Smith Katzenstein Furlow | Sam Miguel + Sunburst |
| Jason Powell | Ferry Joseph & Pearce | Val Mulison |
| Jack Matley | Ferry Joseph & Pearce | O.P. Jones, Amish Produce, Cannini |
| Joseph Koury | Duane, Gannumi + Byrd | Mikko - Foley Corr |
| Leslie Spoltore | Fox Rothschild LLP | Nakanoga |
| Sheldon Komin | Fox Rothschild | Foz... |
| Kathleen Campbell | Campbell & Levine | CPC |
| Chris Brown | Elzufon Austin | Stella |
| Jason Staib | Blank Rome | ChiQuita |
| Gianclaudio Finizio | The Bayard Firm / Landis Rath + Cobb | Peerless Foods / C+S Wholesale Grocers |

Pg 2

# SIGN-IN SHEET

CASE NAME: Fleming

CASE NO.: 03-10545

COURTROOM NO.: 4

DATE: 6/20/05

PLEASE PRINT OR YOUR APPEARANCE CANNOT BE CORRECTLY NOTED!

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| James O'Neill | Bayard | PCT |
| Daniel Butz | Morris Nichols Arsht & Tunnell | Northern California AG Coop |
| Theresa V. Brown-Edwards | Potter Anderson & Corroon | John Tirodo; Green Meeting Potat. |
| Rafael Zahralddin | Morris James | Vannin |
| Brett Fallon | Morris James | Smith Dain |

P.3

# Court Conference

**U.S. Bankruptcy Court-Delaware**
**Confirmed Telephonic Appearance Schedule**
**Honorable Mary F. Walrath**
**Courtroom**

Calendar Date: 06/20/2005
Calendar Time: 11:30 AM

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Telephonic Appearance By | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | Fleming Companies, Inc. | 03-10945 | Hearing | 1031254 | Erin Brady (Special Appearance) | ✓ | Pachulski Stang Ziehl Young & Jones | Debtor, Fleming Companies, Inc. |
| | | Fleming Companies, Inc. | 03-10945 | Hearing | 1031268 | Richard Wynne (Special Appearance) | ✓ | Pachulski Stang Ziehl Young & Jones | Debtor, Fleming Companies, Inc. |
| | | Fleming Companies, Inc. | 03-10945 | Hearing | 1031277 | Eric Liebeler (Special Appearance) | | Pachulski Stang Ziehl Young & Jones | Debtor, Fleming Companies, Inc. |
| | | Fleming Companies, Inc. | 03-10945 (05-79547) | Hearing | 1031340 | Austin Barron | | O'Melveny & Myers | Fresh Start Bakery |
| | | Fleming Companies, Inc. | 03-10945 (05-79646) | Hearing | 1031820 | James Sorensen | ✓ | Hunter & Sommers, LLC | Beloit Beverage Company |
| | | Fleming Companies, Inc. | 03-10945 (05-51469) | Hearing | 1031939 | Edward C. Tu | ✓ | Castellan Law Group | Hannaman Chain USA, Inc. |
| | | Fleming Companies, Inc. | 03-10945 (05-79639) | Hearing | 1033229 | Craig B Fry | ✓ | Lang, Richert & Patch (900122) | Bee Sweet Citrus, Inc. |
| | | Fleming Companies, Inc. | 03-10945 (05-76029) | Hearing | 1021516 | Andrew Turner | ✓ | Conner & Winters, LLP | John Christner Trucking |
| | | Fleming Companies, Inc. | 03-10945 (05-78741) | Hearing | 1021518 | Craig Bolton | | Jennings, Haug & Cunningham | VM Distributors |
| | | Fleming Companies, Inc. | 03-10945 (05-78786) | Hearing | 1023037 | Douglas Reynolds | ✓ | Reynolds Enterprise | Reynolds Enterprise/ Doug Reynolds |
| | | Fleming Companies, Inc. | 03-10945 (05-78097) | Hearing | 1025730 | Donald Allen | | Holland & Hart | Neoteric Cosmetics, Inc. |
| | | Fleming Companies, Inc. | 03-10945 (05-78535) | Hearing | 1027619 | Albert Solochek | ✓ | Howard Solochek & Weber, S.C. | Domanik Sales Company |
| | | Fleming Companies, Inc. | 03-10945 (05-79654) | Hearing | 1027622 | Albert Solochek | ✓ | Howard Solochek & Weber, S.C. | Blue Ribbon Brands Inc. |
| | | Fleming Companies, Inc. | 03-10945 (05-77032) | Hearing | 1028483 | Collier Espy, Jr. | ✓ | Espy, Metcalf & Poston, P.C. | Karl's German Bakery |
| | | Fleming Companies, Inc. | 03-10945 (05-78477) | Hearing | 1029148 | J. Lawrence McCormley | | Tiffany & Bosco | Canyon States Sales, Inc. |
| | | Fleming Companies, Inc. | 03-10945 (05-74400) | Hearing | 1029743 | William Evanoff | ✓ | Sidley Austin Brown & Wood (900873) | Super Valu, Inc. |
| | | Fleming Companies, Inc. | 03-10945 (05-77130) | Hearing | 1029833 | Laurence G. Bodkin | ✓ | Ried & Associates, P.C. | White Rock Products Company |
| | | Fleming Companies, Inc. | 03-10945 (05-78227) | Hearing | 1030386 | Debra Sudock | ✓ | Kelley Drye & Warren, LLP (902300) | Ajinomoto U.S.A., Inc. |

| | | | | |
|---|---|---|---|---|
| Fleming Companies, Inc. | 03-10945 (05-79554) | Hearing | 1031154 Lawrence Meuers | Meuers Law Firm (9014491) | Global Berry Farms, LLC |
| Fleming Companies, Inc. | 03-10945 (05-79404) | Hearing | 1031156 Lawrence Meuers | Meuers Law Firm (9014491) | Fresh Start Produce |
| Fleming Companies, Inc. | 03-10945 (05-79439) | Hearing | 1031160 Lawrence Meuers | Meuers Law Firm (9014491) | Mailat Produce, Inc. |
| Fleming Companies, Inc. | 03-10945 (05-79703) | Hearing | 1031176 Lawrence Meuers | Meuers Law Firm (9014491) | Sage Marketing, LLC |
| Fleming Companies, Inc. | 03-10945 (05-79478) | Hearing | 1031177 Lawrence Meuers | Meuers Law Firm (9014491) | Scott Street Tomatohouse |
| Fleming Companies, Inc. | 03-10945 | Hearing | 1031194 Mark Benedict | Husch & Eppenberger | M. Palazzola Produce Company |
| Fleming Companies, Inc. | 03-10945 (05-79524) | Hearing | 1031238 Jeffrey Berzowski | First Law Group | Country Fresh Meats |
| Fleming Companies, Inc. | 03-10945 | Hearing | 1031249 Greer Shaw (Special Appearance) | Pachulski Stang Ziehl Young & Jones | Debtor, Fleming Companies, Inc. |